**Order entered June 7, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00366-CR

**NUBIA SANCHEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 17-10431-86-F**

## ORDER

Appellant's June 6, 2016 motion to extend the time to file her motion for rehearing is

GRANTED, and the deadline for appellant to file her motion for rehearing is hereby extended to

August 6, 2019.


/s/    LANA MYERS
        JUSTICE